

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00427-CV

DARYL GREG SMITH                                                    APPELLANT

V.

KAREN ANNETTE SMITH                                                  APPELLEE

----------

## FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 325-584465-15

----------

## MEMORANDUM OPINION[1]

----------

Appellant Daryl Greg Smith attempts to appeal from an "Order Approving Receiver's Motion For Confirmation of Contract (Order Authorizing Sale)" signed on October 5, 2016. On November 15, 2016, we sent a letter to Appellant expressing our concern that we may not have jurisdiction over this appeal because the order does not appear to be a final judgment or appealable

---

[1]See Tex. R. App. P. 47.4.

interlocutory order.  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that "the general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment").  We stated that unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by November 28, 2016, the appeal could be dismissed for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 44.3.  We did not receive any response.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  January 5, 2017

2